UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVE ROBINSON, et al.,<br><br>           Plaintiffs,<br>       v.<br>WELLS FARGO BANK, N.A., et al.,<br><br>           Defendants.<br>_____/ | No. C 14-03325 LB<br><br>**ORDER RE: PLAINTIFFS' OBLIGATION TO SERVE DEFENDANTS** |

Plaintiffs Steve and Vicki Robinson ("the Robinsons") filed a complaint against Defendants on July 23, 2014. Complaint, ECF No. 1. Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). This means that in this case the Robinsons have until **Thursday, November 20, 2014** to serve Defendants. Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, the Robinsons have filed no proof that Defendants have been served. *See generally* Docket.

Accordingly, the court reminds the Robinsons that they have until Thursday, November 20, 2014 to serve Defendants, and thereafter they must file proof of service of the executed summonses. Failure to serve Defendants or show good cause for failure to serve puts this case at risk of dismissal without prejudice under Rule 4(m) for failure to prosecute.

Finally, the court reminds the Robinsons that an initial case management conference is scheduled for **Thursday, December 18, 2014 at 11:00 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. Parties are to file a case

management statement in compliance with Civil Local Rule 16-9 by **Thursday, December 11, 2014**. *See* Clerk's Notice, ECF No. 9.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
LAUREL BEELER
United States Magistrate Judge