UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVE ROBINSON, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | No. C 14-3325 LB<br><br>**ORDER TO SHOW CAUSE RE:<br>FAILURE TO PROSECUTE** |

Plaintiffs filed a complaint against Defendants on July 23, 2014. Complaint, ECF No. 1. Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). This means that in this case Plaintiffs had until Thursday, November 20, 2014 to serve Defendants. Fed. R. Civ. P. 4(m), 6(a)(1)(C). On October 29, 2014, the undersigned reminded Plaintiffs of Federal Rule of Civil Procedure 4(m) and of their need to serve Defendants by November 20, 2014, and ordered them to thereafter file proof of service of the executed summonses. *See* Order, ECF No. 10. To date, Plaintiffs have filed no proof that Defendants have been served. *See generally* Docket.

Accordingly, the court **ORDERS** Plaintiffs to show good cause, in writing and by December 11, 2014, why their action should not be dismissed for failure to prosecute. Failure to do so will result in dismissal of the action without prejudice.

**IT IS SO ORDERED.**

Dated: December 1, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 14-3325 LB
ORDER TO SHOW CAUSE