IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE ROBINSON AND VICKI ROBINSON,

    Plaintiffs,

    v.

WELLS FARGO BANK, N.A.; NDEX WEST LLC, KEVIN A. HARRIS; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; and DOES 1-20, INCLUSIVE,

    Defendants.

No. C 14-03325 WHA

**ORDER TO SHOW CAUSE**

Defendants' filed their motion to dismiss on December 4, 2014. Under our local rules, plaintiffs' opposition was due on December 18. Plaintiffs are ordered to show cause why they missed the deadline and are hereby ordered to submit their opposition, if they wish to oppose defendants' motion, by **NOON ON JANUARY 9, 2015**. Defendants shall then have until **NOON ON JANUARY 16, 2015**, to reply.

**IT IS SO ORDERED.**

Dated: December 30, 2015.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE