IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE ROBINSON AND VICKI ROBINSON,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.; NDEX WEST LLC, KEVIN A. HARRIS; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; and DOES 1-20, INCLUSIVE,

    Defendants.

No. C 14-03325 WHA

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On December 1, 2014, plaintiffs were ordered to show cause, in writing, why their action should not be dismissed for failure to prosecute. Plaintiffs never responded to this request. Defendants then filed a motion to dismiss on December 4, 2014. Plaintiffs failed to file a timely opposition. On December 30, 2014, plaintiffs were again ordered to show cause why their action should not be dismissed for failure to prosecute. Plaintiffs have not responded to this latest request (Dkt. Nos. 11, 12, 24).

Because plaintiffs have failed to respond to deadlines governing this action, the case is **DISMISSED FOR FAILURE TO PROSECUTE**. Judgment will be entered by separate order.

**IT IS SO ORDERED.**

Dated: January 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE