IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE ROBINSON AND VICKI ROBINSON,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.; NDEX WEST LLC, KEVIN A. HARRIS; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; and DOES 1-20, INCLUSIVE,

    Defendants.

No. C 14-03325 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE